# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0770
Lower Tribunal No. 18-18167
_____

**James E. Turner,**
Appellant,

vs.

**Federal National Mortgage Association,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

James E. Turner, in proper person.

McGlinchey Stafford, William L. Grimsley, and Kimberly Held Israel (Jacksonville), for appellee.

Before FERNANDEZ, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.